IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

EVANSTON INSURANCE COMPANY                                                    PLAINTIFF

VS.                                                            CIVIL ACTION NO. 4:05CV180LN

NESHOBA COUNTY FAIR ASSOCIATION,
INC. and REBECCA DIANE WRIGHT                                              DEFENDANTS

## JUDGMENT

For the reasons given in the court's memorandum opinion and order entered this date, IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Evanston Insurance Company has no defense or indemnity obligation to Neshoba County Fair Association, its insured under a liability policy issued July 20, 2004, in connection with a lawsuit filed against the Fair Association in the Circuit Court of Neshoba County, Mississippi on September 16, 2005 by Rebecca Diane Wright.

ORDERED AND ADJUDGED this 30th day of June, 2006.

/S/ TOM S. LEE
UNITED STATES DISTRICT JUDGE